```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2006 SEP 20  AM 11: 07

                                         LORETTA G. WHYTE
                                              CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD RAY JAMES | CIVIL ACTION |
| VERSUS | NO. 03-3368 |
| BURL CAIN, ET AL | SECTION "N" (1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 5, 2004 and September 24, 2004, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Donald Ray James' petition for federal habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of September 2006.

_____
UNITED STATES DISTRICT JUDGE